**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELAINE VILLAREAL and KELLY McKINNEY,<br><br>        Plaintiffs,<br><br>  vs.<br><br>FRESNO COUNTY JAIL,<br><br><br>        Defendant. | No. 1:15-cv-01307-DLB<br><br>**ORDER OF DISMISSAL:**<br>**INSTRUCTIONS TO CLERK** |

This action was opened on August 24, 2015, when Plaintiffs Elaine Villareal and Kelly McKinney filed objections to a class settlement in *Hall v. Mims*, 1:11-cv-02047-LJO-BAM, along with a complaint form and an application to proceed in forma pauperis. All matters referring to the case name (*Hall v. Mims*) and/or the case number 1:11-cv-02047-LJO-BAM should be considered as "OBJECTIONS TO THE SETTLEMENT" in the *Hall v. Mims* matter.

Therefore, this case, having been opened in error, is DISMISSED and no fee is due. The Clerk shall file the complaint and IFP application in this case (Documents 1 and 2) in case number 1:11-cv-2047-LJO-BAM, and administratively close this case.

IT IS SO ORDERED.

   Dated: **August 31, 2015**                           /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE